██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY COPES, Appellant. [746 NYS2d 912] ██

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Prudenti, P.J., Santucci, Feuerstein and Rivera, JJ., concur.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IMANU FARROW, Also Known as IMANU FLOWERS, Appellant. [746 NYS2d 906]

Motion by the respondent to dismiss the appeal on the ground that the defendant is not available to obey the mandate of the court.

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that motion is granted, and the appeal is dismissed (*see People v Vasquez,* 196 AD2d 516). Santucci, J.P., Florio, H. Miller and Schmidt, JJ., concur.